UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

AUG 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BOUNPONE MORISATH,

Petitioner,

v.

TODD BLANCHE, Acting Attorney
General,

Respondent.

Nos. 26-2822 & 26-2840

Agency No.
A025-095-794

ORDER

Before: S.R. THOMAS, BERZON, and FORREST, Circuit Judges.

The court consolidates petitions No. 26-2822 and No. 26-2840. The parties must include both case numbers on all future filings.

The government seeks summary disposition (Docket Entry Nos. 13) on the ground that the petitions for review were filed more than 30 days after the removal order. The motions are denied because these petitions raise questions related to timeliness following *Riley v. Bondi*, 606 U.S. 259 (2025), that warrant full briefing. *See* 9th Cir. R. 3-6(a) (standard for summary disposition); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982).

The motions (Docket Entry Nos. 4) to stay removal are granted absent further order of the court. *See Nken v. Holder*, 556 U.S. 418, 434 (2009); *Leiva-Perez v. Holder*, 640 F.3d 962, 964-65 (9th Cir. 2011). All other pending motions

are denied as moot.

The consolidated opening brief is due September 15, 2026. The consolidated answering brief is due October 15, 2026. The optional consolidated reply brief is due 21 days after the answering brief is served.

26-2822